# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: **25-cr-00116-JLT-SKO-1** |
| Plaintiff, | ) <u>ORDER DENYING EX PARTE APPLICATION</u> <u>TO MODIFY CONDITIONS OF RELEASE</u> |
| vs. | ) |
| JESSA ZAYAS, | ) |
| Defendant. | ) |

Having considered the defendant's *Ex Parte* Application to Modify Bond Conditions (Doc. 9), the government's opposition (Doc. 10), and the defendant's reply brief (Doc.11), the application to modify conditions of release is DENIED. Contrary to the defendant's arguments, defendant has indeed been found to be a risk of flight and thus conditions, including location monitoring and a travel restriction, were imposed to mitigate the risk of flight. The conditions were imposed on May 28 2025. (Doc. 6, p.12-14). These conditions were adopted upon defendant's appearance in this district on June 5, 2025. (Doc. 8.) While the Court is sympathetic to the reason for the defendant's travel plans, the Court finds the defendant remains a flight risk.

IT IS SO ORDERED.

Dated: **July 3, 2025**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE