KIMBERLY A. SANCHEZ
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00116-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| JESSA ZAYAS aka Jessa Contreras, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for August 6, 2025, at 1:00 p.m., may be continued until October 29, 2025, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 29, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: July 30, 2025				*/s/ George Mcdesyan*
						George Mcdesyan
						Counsel for Jessa Zayas


Dated: July 30, 2025				*/s/ Joseph Barton*
						Joseph Barton
						Assistant United States Attorney

KIMBERLY A. SANCHEZ
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESSA ZAYAS aka Jessa Contreras, Defendant. | Case No. 1:25-cr-000116-JLT-SKO ORDER TO CONTINUE STATUS CONFERENCE |

In light of the Defendant's arraignment on June 5, 2025, the parties' request to continue the status conference from August 6, 2025, to October 29, 2025, at 1:00 p.m. is GRANTED. Time is excluded through October 29, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable trial date at the October 29, 2025, status conference.

IT IS SO ORDERED.

Dated: __**July 31, 2025**__                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE