George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
JESSA ZAYAS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSA ZAYAS,<br><br>Defendant. | Case No. 1:25-cr-00116-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; DECLARATION OF GEORGE G. MGDESYAN; PROPOSED ORDER FILED HEREWITH<br><br>THE HONORABLE SHEILA K. OBERTO |

Defendant JESSA ZAYAS, by and through his attorney of record, George G. Mgdesyan, the United States, by and through its attorney of record, Assistant United States Attorney, Joshua Banister, hereby stipulate and respectfully request a continuance of the status conference from October 29, 2025, to January 21, 2026 at 9:00 a.m.

This request is based upon the attached declaration of George G. Mgdesyan.

**IT IS SO STIPULATED.**

Dated: October 22, 2025          Respectfully Submitted,

MGDESYAN LAW FIRM

/s/ GEORGE MGDESYAN
GEORGE MGDESYAN
Mgdesyan Law Firm
Attorney for Defendant
JESSA ZAYAS

Dated: October 22, 2025          Respectfully Submitted,

/s/ JOSHUA BANISTER
JOSHUA BANISTER
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF GEORGE G. MGDESYAN

I, George G. Mgdesyan, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice law in the state of California and before this Court. I am the attorney for defendant JESSA ZAYAS in the above-referenced matter. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2.  The indictment in this case charges my client with Wire Fraud (18 U.S.C. § 1347(a)(1)(2)), Health Care Fraud (18 U.S.C. § 1028A(a)(1)(2)), Aggravated Identity Theft.

3.  The sentencing is currently set for October 29, 2025.

4.  On October 22, 2025, my assistant spoke with AUSA Joshua Banister regarding a continuance of the status conference and dates for a possible debrief between the government and the defense in December. Mr. Banister indicated that he is going to get back to us with confirmation of the date and time. Additionally, Mr. Banister indicated that the government is agreeable to a continuance of the status conference any time thereafter.

5.  For purposes of computing the date under the Speedy Trial Act by which my client's trial must commence, my client and I agree that the time period should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at the defendant's request, on the basis of the Court's finding that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would deny defense counsel reasonable time

- 3 -

necessary for effective preparation, taking into account the exercise of due diligence.

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

Executed on this 22nd day of October, 2025, at Los Angeles, California.

Respectfully submitted,

/s/ *George G. Mgdesyan*

GEORGE G. MGDESYAN
Attorney for Defendant
JESSA ZAYAS

George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
JESSA ZAYAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-cr-00116-JLT-SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| vs. | ) | |
| | ) | |
| JESSA ZAYAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the parties joint Stipulation to Continue the Status Conference and Defendants Waiver of Speedy Trial Act, the Court hereby GRANTS the Stipulation. The status conference date is continued to January 21, 2026.

IT IS SO ORDERED.

Dated:  **October 24, 2025**          */s/ Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

- 5 -