George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
JESSA ZAYAS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JESSA ZAYAS,<br><br>　　　Defendant. | ) Case No. 1:25-cr-00116-JLT-SKO<br>)<br>) ORDER DENYING MOTION TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant, JESSA ZAYAS, was arraigned on 6/5/2025. The parties have requested a continuance of the status conference without providing any reason for such continuance. Accordingly, the Court hereby DENIES the Stipulation. The parties shall appear in person, at the January 21, 2026, status conference.

IT IS SO ORDERED.

Dated:  __**January 20, 2026**__　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE