George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorney for Defendant
JESSA ZAYAS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSA ZAYAS,<br><br>Defendant. | Case No: 1:25-cr-00116-JLT-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Having considered the defendant's *Ex Parte* Application to Modify Bond Conditions, it is hereby ordered that JESSA ZAYAS be removed from the location monitoring program including GPS. All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **August 11, 2026**

[signature]
UNITED STATES MAGISTRATE JUDGE