# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSA ZAYAS, *also known as* Jessa Contreras,

Defendant.

Case No. 1:25-cr-00116-JLT-SAB-1

ORDER REQUIRING ATTORNEY GEORGE GEVORK MGDESYAN TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR

**TWO-DAY DEADLINE**

On June 5, 2025, Defendant Jessa Zayas was indicted on four counts of health care fraud, 18 U.S.C. § 1347(a)(1), (2); two counts of aggravated identify theft, 18 U.S.C. § 1028A(a)(1); and an accompanying criminal forfeiture allegation, 18 U.S.C. § 982(a)(7). (ECF No. 7.) Defendant was released on bond with the previously imposed conditions from the Central District of California, including GPS monitoring. (ECF No. 8.) As relevant here, the Court granted a request from the parties for another status conference, which was set for September 2, 2026. (ECF No. 30.) Defendant was "ordered to be present." (Id.) On September 2, 2026, the Court called this matter and neither Defendant nor her counsel were present. The Court issued a warrant for Defendant's arrest. In this order, the Court now addresses the issue of counsel's failure to appear.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket

and may, in the exercise of that power, impose sanctions where appropriate. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court will require attorney George Gevork Mgdesyan to show cause as to why he failed to appear for the September 2, 2026 status conference.

Accordingly, IT IS HEREBY ORDERED that, within **two (2) days** from the date of entry of this order, George Gevork Mgdesyan shall show cause in writing why sanctions should not be imposed for the failure of counsel to attend the September 2, 2026 status conference.

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge