# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSA ZAYAS, *also known as* Jessa Contreras ,<br>Defendants. | Case No. 1:25-cr-00116-JLT-SAB-1<br>ORDER DISCHARGING SEPTEMBER 2, 2026 ORDER TO SHOW CAUSE<br>ORDER DIRECTING DEFENDANT TO APPEAR ON SEPTEMBER 8, 2026, AT 10:30 A.M., IN ORDER TO BE PUT ON CALENDAR<br>(ECF No. 34) |

On September 2, 2026, the Court signed an order to show cause ordering attorney George Gevork Mgdesyan to show cause in writing why sanctions should not be imposed for the failure of counsel to attend the September 2, 2026 status conference. (ECF No. 34.) Attorney Mgdesyan timely complied, stating that "due to an inadvertent calendaring error by my office, the September 2, 2026 status conference was incorrectly entered on my calendar as September 3, 2026." (ECF No. 35.)

Attorney Mgdesyan continued, informing the Court that his assistant advised Defendant that the status conference was set for September 3, 2026. (Id.) Thus, Attorney Mgdesyan requests the Court provide the first available date and time for the matter to be recalled and any outstanding warrant be quashed. (Id.)

/ / /

Upon review, the Court is satisfied with the response to the order to show cause and therefore HEREBY DISCHARGES the September 2, 2026 order to show cause. (ECF No. 34.)

As to the request to provide a date and time for the matter to be recalled, the Court first observers that Pretrial Services Officer Myles met with Defendant following her court hearing on August 5, 2026 at pretrial services, and Defendant informed Officer Myles of her next court hearing on September 2, 2026. Pretrial Officer Guerrero also communicated with Defendant following that hearing via text message on August 5, 2026, and the defendant again noted her next hearing was on September 2, 2026. Thus, it appears that Defendant was aware that the status conference was set for September 2, 2026.

That said, the Court may allow the Defendant to self surrender at the next available court hearing on **Tuesday, September 8, 2026, by 10:30 a.m.**, at the United States Marshal's office on the 3rd Floor of Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA, in order to be put on calendar that day. The warrant will remain outstanding until the defendant self-surrenders on the warrant.

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge