GEORGE MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
4529 SHERMAN OAKS AVE.
SHERMAN OAKS, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6877
Email: george@mgdesyanlaw.com

Attorney for Defendant
JESSA ZAYAS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESSA ZAYAS,<br>Defendant | **Case No.: 1:25-cr-00116-JLT-SAB**<br><br>ORDER |

Having considered the parties' Stipulation to Continue the Change of Plea Hearing it is hereby ordered that JESSA ZAYAS' change of plea is continued from October 19, 2026 to November 9, 2026.

In addition, based on the parties agreement, the Court excludes time pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) from October 19, 2026 to November 9, 2026. Time is excluded because the delay results from a continuance granted by the Court at the defendant's request, and the Court finds that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would

deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: _October 16, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE